IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                           CASE NO.5:05CR45-RS/AK

TREVIN NUNNALLY,

    Defendant.
_____/

### **O R D E R**

This § 2255 matter is before the Court on Doc. 220, Motion to Expedite, and Doc. 221, Motion for leave to proceed *in forma pauperis,* by Trevin Nunnally.  As there is no fee requirement for filing a motion to vacate, the motion for IFP, Doc. 221, is **DENIED AS MOOT**. As to the motion to expedite, Doc. 220, it is **DENIED**, Defendant having failed to state any grounds for moving this matter ahead of the numerous other motions to vacate now pending before this Court.

    **DONE AND ORDERED** this  *4th*  day of January, 2008.

                                      *s/ A. KORNBLUM*
                                      **ALLAN KORNBLUM**
                                      **UNITED STATES MAGISTRATE JUDGE**