IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                            CASE NO.5:05CR45-RS/AK

TREVIN NUNNALLY,

    Defendant.
_____/

## **O R D E R**

This § 2255 matter is before the Court on Doc. 226, Motion for Respondent to Answer. Having carefully considered the matter, the Court finds the motion is not well taken, and it is **DENIED**. If, after reviewing the matter more fully, the Court determines that the Government should respond to the motion to vacate, it will order the Government's response at that time.

**DONE AND ORDERED** this _8th_ day of January, 2008.

                                                ***s/ A. KORNBLUM***
                                                **ALLAN KORNBLUM**
                                                **UNITED STATES MAGISTRATE JUDGE**