IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                        CASE NO.5:05CR45-RS/AK

TREVIN NUNNALLY,

    Defendant.

_____/

## O R D E R

This § 2255 matter is before the Court on Doc. 228, Motion for Judgment on the Pleadings. Having carefully considered the matter, the Court finds the motion is not well taken, and it is **DENIED**.

**DONE AND ORDERED** this *8th* day of January, 2008.

                        *s/ A. KORNBLUM*
                        **ALLAN KORNBLUM**
                        **UNITED STATES MAGISTRATE JUDGE**