IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.                                                                                  CASE NO. 5:05-cr-45-RS-AK

TREVIN NUNNALLY,

    Defendant.
_____/

**O R D E R**

Since filing his motion to vacate, Doc. 219, Defendant has filed a plethora of other motions. Included in those motions are five motions which reference § 2255 and address matters generally considered proper for consideration in a motion to vacate. See Docs. 235, 236, 237, 244, & 247. The Court is going to deny each of these motions without prejudice to allow Defendant to amend his motion to vacate to include each of the matters pled separately in the various motions so that everything that Defendant wants considered will be in one document as contemplated by the rules governing § 2255 practice and the local rules of this Court. *See* § 2255 Rule 2 (motion must specify all grounds for relief available to movant and state facts supporting each ground); N.D. Fla. Loc. R. 15.1 (amended pleading shall be filed in its entirety with all amendments incorporated therein; matters not set forth in amended pleading are deemed to have been abandoned). In amending the motion to vacate, he should complete the forms which will be provided to him, keeping in mind the need for specificity and completeness.

Accordingly, it is **ORDERED**:

That the motions filed as Docs. 235, 236, 237, 244, & 247 are **DENIED WITHOUT PREJUDICE**;

That the Clerk of Court shall forward to Defendant three § 2255 forms;

That no later than **March 25, 2008**, Defendant shall file an "amended motion to vacate" and one identical copy including any exhibits and memoranda.  He shall keep an identical copy for his records;

**That failure to respond to this order as directed or any future orders will result in a recommendation of dismissal of this action.**

**DONE AND ORDERED** this _25th_ day of February, 2008.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**