IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 5:05-cr-45-RS-AK

TREVIN NUNNALLY,

    Defendant.
_____/

**O R D E R**

This cause is before the Court on a letter to Judge Smoak, which has been filed as a motion for recusal and referred to the undersigned for disposition. Doc. 238. In this letter, Defendant questions the undersigned's authority to dispose of his motion to vacate. The local rules of this Court plainly contemplate the consideration of this matter by the undersigned in the first instance, though the final decision regarding relief will be made by Judge Smoak. *See* N.D. Fla. Loc. R. 72.2(B) ("Except in cases in which the death penalty has been imposed, all cases seeking post-trial or postconviction relief by persons convicted of state or federal offenses and all other cases arising under 28 U.S.C. §§ 2241, 2254, or 2255, shall be assigned to a district judge and, unless otherwise ordered, shall be referred by the clerk to a full-time magistrate judge for all proceedings, including preliminary orders, conduct of necessary evidentiary hearings, and filing of a report and recommendation containing proposed findings of fact and conclusions of law and recommending disposition of the application or petition").

Accordingly, it is **ORDERED**:

That the motion for recusal, Doc. 238, is **DENIED**.

**DONE AND ORDERED** this __*25th*__ day of February, 2008.

        *s/ A. KORNBLUM*
        **ALLAN KORNBLUM**
        **UNITED STATES MAGISTRATE JUDGE**