IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 5:05-cr-45-RS-AK

TREVIN NUNNALLY,

   Defendant.
_____/

**O R D E R**

This cause is before the Court on Defendant's motion for reconsideration regarding his previous motion to expedite. Doc. 242. The motion is without merit and is **DENIED**. By separate order entered this date, the Court has directed the filing of an amended motion so as to place this matter in a posture for consideration. The usual course is then to direct an answer from the Government and a reply from Defendant. After that time, the case will be placed in line for decision. If for some reason the Court determines that the case should be moved ahead of other cases for decision, it will take the appropriate steps at that time to expedite decision.

**DONE AND ORDERED** this  **25**th  day of February, 2008.

                *s/ A. KORNBLUM*
                **ALLAN KORNBLUM**
                **UNITED STATES MAGISTRATE JUDGE**