IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 5:05-cr-45-RS-AK

TREVIN NUNNALLY,

   Defendant.
_____/

**O R D E R**

This cause is before the Court on Defendant's motion to district judge regarding all previously filed motions. Doc. 243. The motion was referred to the undersigned for decision. Having considered the motion, the Court finds that it is not well taken, and it is **DENIED**.

**DONE AND ORDERED** this  _25th_  day of February, 2008.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**