IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 5:05-cr-45-RS-AK

TREVIN NUNNALLY,

   Defendant.
_____/

## O R D E R

This matter is before the Court on Doc. 253, Motion to Dismiss Indictment.  For the reasons stated in the Court's order dated February 25, 2008, the motion is **DENIED without prejudice** to be raised in the amended § 2255 motion to vacate.

**DONE AND ORDERED** this 3rd day of March, 2008.

   S/A. Kornblum
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**