IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 5:05-cr-45-RS-AK

TREVIN NUNNALLY,

    Defendant.
_____/

# **O R D E R**

By prior orders, the Court denied without prejudice each of Defendant's individually filed motions related to his motion to vacate and directed him to file an amended motion to vacate "to include each of the matters pled separately in the various motions so that everything that Defendant wants considered will be in one document as contemplated by the rules governing § 2255 practice and the local rules of this Court."  *See* § 2255 Rule 2 (motion must specify all grounds for relief available to movant and state facts supporting each ground); N.D. Fla. Loc. R. 15.1 (amended pleading shall be filed in its entirety with all amendments incorporated therein; matters not set forth in amended pleading are deemed to have been abandoned).  Defendant was reminded, "In amending the motion to vacate, he should complete the forms which will be provided to him, keeping in mind the need for specificity and completeness."

Presently before the Court is Defendant's amended motion.  Of the numerous claims set forth in the original motion to vacate and the other individual motions, he has brought forward

only four issues. This leads the Court to think that Defendant did not understand the Court's prior directions or the consequences of not asserting each and every claim which he wants considered under § 2255. The Court will therefore give Defendant one last opportunity to present all of the claims that he wants considered under § 2255. Each claim must be stated and numbered separately (Defendant may use additional pages to assert any claims beyond the four grounds allowed on the form), and **any claim not brought forward in this second amended motion will be deemed abandoned and will not be considered as a basis for § 2255 relief**.

If the Court is in error, and Defendant has indeed stated all of the grounds in the amended motion to vacate which he wants considered, then he should file a notice advising the Court in that regard.

Accordingly, it is **ORDERED**:

That the Clerk of Court shall forward to Defendant three § 2255 forms;

That no later than **April 10, 2008**, Defendant shall file either (1) a notice advising the Court that he wishes to proceed with the amended motion to vacate as filed, or (2) "seconded amended motion to vacate" and one identical copy including any exhibits and memoranda. He shall keep an identical copy for his records;

**That failure to respond to this order as directed or any future orders will result in a recommendation of dismissal of this action.**

**DONE AND ORDERED** this  _11th_  day of March, 2008.

> _s/ A. KORNBLUM_
> **ALLAN KORNBLUM**
> **UNITED STATES MAGISTRATE JUDGE**

*Case No: 5:05-cr-45-RS-AK*