IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 5:05-cr-45-RS-AK

TREVIN NUNNALLY,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 261, Motion to Quash and Dismiss Indictment.

For the reasons stated in the Court's order dated March 11, 2008, the motion is **DENIED without prejudice** to be raised in the second amended § 2255 motion to vacate.

**DONE AND ORDERED** this *20th* day of March, 2008.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**