**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**


UNITED STATES OF AMERICA,

vs.                                        CASE NO. 5:05cr45(1)/RS-GRJ

TREVIN NUNNALLY,

            Defendant.
_____/

### ORDER

Before me are the Magistrate Judge's Report and Recommendation

(Doc. 350) and Defendant's Response to Report and Recommendation (Doc. 351).  I have

considered Defendant's objections *de novo*.

**IT IS ORDERED:**

1.      The Magistrate Judge's Report and Recommendation is approved and

incorporated in this Order.

2.      Defendant's Amended Motion to Vacate (Doc. 259) is **denied**.

3.      The clerk is directed to close the file.


**ORDERED** on February 11, 2011.



/S/ Richard Smoak_____
**RICHARD SMOAK
UNITED STATES DISTRICT JUDGE**