IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 5:05-cr-45-RS-GRJ

TREVIN NUNNALLY,

_____/

## O R D E R

This case is before the Court upon referral from the Clerk to review a letter from the Defendant requesting permission to file a motion for a sentence reduction pursuant to Amendment 750 to the Sentencing Guidelines.

On August 24, 2011, the District Judge entered an order directing the Clerk not to file any further documents from the Defendant unless the documents are accompanied by prior written permission from the magistrate judge. Doc. 392. On July 17, 2012, the Eleventh Circuit affirmed the Court's denial of Defendant's motions for sentence reduction under Amendments 518 and 667. Doc. 401. Defendant's motion for relief under Amendment 750 had been denied by the District Court as premature. *See id*. The Court of Appeals noted that during the pendency of Defendant's appeal, Amendment 750's retroactivity was incorporated into the Guidelines. *Id*. at 3 n.2. The Court stated that if Defendant complied with the District Court's orders to obtain permission before filing another motion, then "[Defendant] is free to file a new motion for relief that specifically addresses his arguments, if any, under" Amendment 750. *Id.*

In view of the Eleventh Circuit's judgment, the undersigned concludes that Defendant should be permitted to file his proposed motion seeking relief under

Amendment 750.

Accordingly it is **ORDERED:**

That the Clerk must file on the docket Defendant's motion seeking relief pursuant to Amendment 750, appended to his letter requesting permission to file such motion.

**DONE AND ORDERED** this 27th day of November 2012.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge